# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00762-CV

### Floor and Design, LLC, Appellant

### v.

### La Frontera Village, L.P., Appellee

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 16-0681-C26, HONORABLE DONNA GAYLE KING, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss the appeal, advising that the parties have settled the underlying dispute.  We grant appellant's motion and dismiss the appeal.[1]

_____
Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Appellant's Motion

Filed:   January 23, 2018

---

[1]  *See* Tex. R. App. P. 42.1(a)(1).